United States District Court
District Of Maine

David Crockett,

    Plaintiff,

v.

Pan Am Railways,

    Defendant.

Civil Action No. 1:14-00302-JAW

### Stipulation Of Dismissal

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for all parties to this action hereby stipulate and consent to the dismissal of the above-captioned case with prejudice and without attorney's fees or costs to any party.

Date:  July 22, 2015

/s/ Jeffrey Neil Young
Jeffrey Neil Young, Esq.
Roberta L. de Araujo, Esq.
JOHNSON, WEBBERT & YOUNG, LLP
160 Capitol Street, P.O. Box 79
Augusta, Maine  04332-0079
Tel:  (207) 623-5110
E-Mail: jyoung@johnsonwebbert.com

*Attorneys for Plaintiff*

/s/ Thad B. Zmistowski
Thad B. Zmistowski
Eaton Peabody
P.O. Box 1210
Bangor, ME 04402-1210
E-Mail: tzmistowski@eatonpeabody.com
Tel:  (207) 992-4840

*Attorney for Defendant*

**Certificate Of Service**

   I hereby certify that on July 22, 2015 I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thad B. Zmistowski
Eaton Peabody
P.O. Box 1210
Bangor, ME 04402-1210
E-Mail: tzmistowski@eatonpeabody.com
Tel: (207) 992-4840


Date: July 22, 2015          /s/ Jeffrey Neil Young
               Jeffrey Neil Young, Esq.
               JOHNSON & WEBBERT, L.L.P.
               160 Capitol Street, P.O. Box 79
               Augusta, Maine  04332-0079
               Tel:  (207) 623-5110
               E-Mail: jyoung@johnsonwebbert.com

               *Attorney for Plaintiff*